**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 00-6111

_____

GEORGE SAMUEL GREEN, JR.,

Plaintiff - Appellant,

versus

RON ANGELONE, Director of Department of Cor-
rections; DOCTOR FAHEY, C.M.S. Mental/Program
Director; FRED SHILLING, Health/Service Direc-
tor; C. WILLIAMS, CMS Medical Administrator;
D. GARRATHY, Warden of Greensville Correction-
al Center; JOHN B. TAYLOR, Warden of Sussex I
Prison; DOCTOR CESSEN, Mental Health Director,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  Robert G. Doumar, Senior District
Judge.  (CA-99-137-2)

_____

Submitted:  May 25, 2000                Decided:  June 5, 2000

_____

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

George Samuel Green, Jr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

George Samuel Green, Jr., appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Green v. Angelone, No. CA-99-137-2 (E.D. Va. Jan. 12, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2